IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. KING,  )<br> )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>SELECT SPECIALTY HOSPITAL –  )<br>COLUMBUS, INC., *et al*.  )<br> )<br>Defendants.  )<br> )<br> ) | CASE NO. 2:17-CV-00382<br><br>MAGISTRATE JUDGE KIMBERLY A. JOLSON<br><br>**STIPULATED ORDER AND FINAL JUDGMENT** |

This matter is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Confidential Settlement Agreement and Release of Claims ("Release") attached to the Joint Motion as Exhibit A.

Having reviewed the Joint Motion, the Release, the Declaration of Greg R. Mansell appended to the Joint Motion, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment approving the Settlement, and the Release as follows:

1. The captioned Lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, on behalf of Plaintiff Jennifer L. King.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Confidential Settlement Agreement and Release of Claims, and orders that the Settlement be implemented according to the terms and conditions of that Agreement.

4. The Court dismisses the claims of Plaintiff with prejudice, and hereby enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Final Judgment immediately.

5. The Court retains jurisdiction over the Action to enforce the terms of the Settlement.

**IT SO ORDERED.**

Date:  August 11, 2017

s/ Kimberly A. Jolson
Kimberly A. Jolson
United States Magistrate Judge

SO STIPULATED:

| | |
|---|---|
| */s/ Greg R. Mansell* | */s/ Thomas R. Simmons* |
| Greg R. Mansell (0085197) | Thomas R. Simmons (0062422) |
| Carrie J. Dyer (0090539) | Christine M. Snyder (0086788) |
| MANSELL LAW, LLC | TUCKER ELLIS LLP |
| 1457 S. High St. | 950 Main Avenue - Suite 1100 |
| Columbus, OH 43207 | Cleveland, OH 44113-7213 |
| Telephone:   614.610.4134 | Telephone:   216.592.5000 |
| Facsimile:   513.826.9311 | Facsimile:   216.592.5009 |
| E-mail:   Greg@MansellLawLLC.com | E-mail:   thomas.simmons@tuckerellis.com |
|          Carrie@MansellLawLLC.com |          christine.snyder@tuckerellis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |